LUCY HOOLEY et al., Respondents, *v.* ABRAHAM GIEVE et al. Appellants.

Argued October 5, 1880; decided November 9, 1880.)

DECIDED upon the facts and the opinions in the court below.

*Adam C. Ellis* for appellants.

*Stephen H. Olin* for respondents.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.